April 21, 2015



# JUDGMENT
## The Fourteenth Court of Appeals

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE COUNTY MUTUAL INSURANCE COMPANY AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, Appellants

NO.  14-13-00459-CV                    V.

REHAB ALLIANCE OF TEXAS, INC. D/B/A STEEPLECHASE FAMILY HEALTHCARE AND STEEPLECHASE PAIN MANAGEMENT & SURGICAL ASSOCIATES, SHEILA SMITH F/K/A SHEILA GOYER, DENNIS SMITH, D.C., THE DIAGNOSTIC & INJURY CENTER OF HOUSTON, LLC AND IHSAN SHANTI, M.D., Appellees

_____

This court today heard the motion for rehearing filed by appellants, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate County Mutual Insurance Company and Allstate Fire & Casualty Insurance Company.  We order that the motion be **OVERRULED**, this court's former judgment of December 9, 2014 be vacated, set aside, and annulled, and this court's Memorandum Opinion of December 9, 2014 be withdrawn.

This cause, an appeal from the judgment in favor of appellees, signed December 13, 2012, was heard on the transcript of the record.  We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.

We order appellants, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate County Mutual Insurance Company and Allstate Fire & Casualty Insurance Company, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.